RECEIVED
MAR 21 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| JOSEPH ADAM DAWSON | CIVIL ACTION NO. 05-1245 |
| VS. | SECTION P |
| LOUISIANA CORRECTIONAL | JUDGE DOHERTY |
| SERVICES, ET AL. | MAGISTRATE JUDGE HILL |

## NOTICE OF INTENT TO DISMISS

All parties have the responsibility to comply with orders of the court. Failure to do so shall be considered cause for dismissal for failure to prosecute. *See* F.R.C.P. 41(b) and 16(f). See also *Link v. Wabash Railroad Company*, 370 U.S. 626, 82 S.Ct. 1386, 8 L.Ed.2d 734 (1962); *Woodson v. Surgitek, Inc.*, 57 F.3d 1406 (5th Cir. 1995); *Natural Gas Pipeline Co. v. Energy Gathering, Inc.*, 2 F.3d 1397, 1407 (5th Cir. 1993); and *Rogers v. Kroger Company*, 669 F.2d 317, 320-321 (5th Cir. 1983). Plaintiff has failed to amend his complaint as ordered by the court on January 31, 2006. [rec. doc. 20]. Accordingly, this court will dismiss this matter without prejudice under F.R.C.P. 41(b) and 16(f) unless the plaintiff files, within ten (10) calendar days of the date of this minute entry, evidence of good cause for his failure to act.

THUS DONE AND SIGNED in Chambers at Lafayette, Louisiana, this 21st day of March, 2006.

COPY SENT:
DATE: 3-21-06
BY: gbr
TO: Dawson - via mail

C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE